UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

---

FCA US LLC,

              Plaintiff,

v.

The Partnerships and Unincorporated Associations
Identified on Schedule A,

              Defendant.

---

1:25-cv-11780

## DECLARATION OF JINFU CHEN

I, Jinfu Chen, pursuant to 28 U.S.C. § 1746 hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the foregoing Declaration is based on my personal knowledge. I have never been convicted of a felony of any criminal offense involving moral turpitude.

2. I am the Manager of Shenzhen Hengsong Import and Export Firm ("Hengsong"), and submit this Declaration in support of Carbank's Motion to Dismiss For Lack of Personal Jurisdiction and Improper Service and Motion to Consider Improper Joinder. I have access and control of Carbank ("Carbank").

3. Hengsong operated an online store, Carbank, on the Amazon platform, offering various products.

4. Carbank or Hengsong is not associated with or co-operated with any other defendants in this case.

5. Carbank and Hengsong solely operate at an address in China and sends an receives mail from such address. Carbank and Hengsong have never owned, leased, or utilized an office in Illinois. Carbank and Hengsong have never been subject to the Illinois tax jurisdiction. Carbank and Hengsong have never advertised, help telephone listing, or maintained bank account in Illinois, and have no agents, employees, or contractors in Illinois.

6. After a diligent review of sales records and to the best of my knowledge, Carbank made four sales of the product at issue, one of which was placed by Plaintiff's attorney and was never fulfilled because it was automatically cancelled.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 16, 2025 in China

/s Jinfu Chen
Jinfu Chen