IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| FCA US LLC,<br><br>            Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>            Defendants. | Case No.       25-cv-11780<br>District Judge   Rebecca R. Pallmeyer<br>Magistrate Judge  Laura K. McNally |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant pendantd, by and through its undersigned counsel, respectfully moves this Court for an extension of time to file a response to the Complaint to December 9, 2025, and in support thereof states as follows:

1. Plaintiff filed its Complaint on 9/26/2025 [Dkt. 1].

2. Defendant was served with process on 10/29/2025 [Dkt. 35].

3. Since service, the parties have engaged in substantive settlement negotiations and are actively exchanging proposals.

4. Despite its diligence, Defendant needs a short additional time to settle, or exhaust the prospect thereof, and respond to Plaintiff's Complaint.

5. This Court may, for good cause, extend the time by which Defendant's response is due after the time has expired.

6. Counsel for Defendant conferred with Plaintiff's counsel on 11/18/2025, and Plaintiff does not oppose this request.

7. This is Defendant's first request for an extension and is made in good faith, not for purposes of delay.

WHEREFORE, Defendant respectfully requests that the Court grant this unopposed motion and extend the deadline for Defendant to respond to the Complaint to December 9, 2025.

Dated 11/18/2025                                   Respectfully submitted,

*/s/ Paul Kossof*

*Counsel for pendantd*
Paul Kossof (ARDC #6319307)
Kossof IPR
1509 Waukegan Road, #1162
Glenview, IL 60025
(224) 433-1553
P.Kossof@KossofIPR.com