**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FCA US LLC, | |
| Plaintiff, | Case No. 25-cv-11780 |
| v. | **Judge Rebecca R. Pallmeyer** |
| BAIQI STORE, et al., | **Magistrate Judge Laura K. McNally** |
| Defendants. | |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff FCA US LLC hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| GUILIAN | 8 |
| LIFEART | 12 |
| automobilefirst | 24 |
| auxito_part | 26 |
| BigJoy-AUTO | 29 |
| carparsafer | 31 |
| ehome-01 | 35 |
| powerautos | 48 |
| Tim-AUTO | 57 |
| top-car-auxito | 58 |

Dated this 25th day of November 2025.	Respectfully submitted,

/s/ Berel Y. Lakovitsky
Amy C. Ziegler
Justin R. Gaudio
Berel Y. Lakovitsky
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
blakovitsky@gbc.law
habes@gbc.law

*Counsel for Plaintiff FCA US LLC*