IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| FCA US LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No.  25-cv-11780 <br> District Judge  Rebecca R. Pallmeyer <br> Magistrate Judge  Laura K. McNally |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants starautopartsltds and subaruaerokits, by and through their undersigned counsel, respectfully move this Court for a 21-day extension of time to file a response to the Complaint, and in support thereof state as follows:

1. Plaintiff filed its Complaint on 9/26/2025 [Dkt. 1].

2. Defendants were served with process on 10/29/2025 [Dkt. 35].

3. Since service, the parties have engaged in substantive settlement negotiations and are actively exchanging proposals.

4. Despite their diligence, Defendants need a short additional time to settle, or exhaust the prospect thereof, and respond to Plaintiff's Complaint.

5. This Court may, for good cause, extend the time by which the Defendants' response is due after the time has expired.

6. Counsel for Defendants conferred with Plaintiff's counsel on 11/28/2025, and Plaintiff does not oppose this request.

7. This is Defendants' first request for an extension and is made in good faith, not for purposes of delay.

WHEREFORE, Defendants respectfully request that the Court grant this unopposed motion and extend the deadline for Defendants to respond to the Complaint to 12/10/2025.

Dated 11/28/2025                             Respectfully submitted,

                                             */s/ Paul Kossof*

                                             *Counsel for starautopartsltds and subaruaerokits*
                                             Paul Kossof (ARDC #6319307)
                                             Kossof IPR
                                             1509 Waukegan Road, #1162
                                             Glenview, IL 60025
                                             (224) 433-1553
                                             P.Kossof@KossofIPR.com