IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FCA US LLC,<br><br>      Plaintiff,<br><br>v.<br><br>BAIQI STORE, et al.,<br><br>      Defendants. | Case No. 25-cv-11780<br><br>**Judge Rebecca R. Pallmeyer**<br><br>**Magistrate Judge Laura K. McNally** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on December 2, 2025 [60], in favor of Plaintiff FCA US LLC ("Plaintiff") and against the Defendants Identified in Schedule A in the amount of one hundred thousand dollars ($100,000) per Defaulting Defendant, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Fangxinfang Auto Parts | 7 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants are hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 26th day of December 2025.  Respectfully submitted,

/s/ Berel Y. Lakovitsky
Amy C. Ziegler
Justin R. Gaudio
Berel Y. Lakovitsky
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
blakovitsky@gbc.law
habes@gbc.law

*Counsel for Plaintiff FCA US LLC*